

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re **JoAnn Dunham**　　　　　　　　　　　　　Bankruptcy Case No.
　　　**aka JoAnn Myrtle Dunham**

_____/Debtor



VERIFICATION OF MASTER ADDRESS LIST ON DISKETTE

　　　I declare under penalty of perjury that the Master Address List submitted for this case in electronic form on diskette, has been compared to, and contains the same information as, the Master Address List submitted in hard-copy form on paper (creditor matrix). The number of creditors listed on the diskette is **6** (please specify).

DATED: **2/24/2005**

_____
Signature of Debtor's Attorney or Bankruptcy Petition Preparer

EDC 2-098 (New Form 11/98)

```
Capital One
PO Box 60000
Seattle  WA  98190-6000


Direct Merchants
PO Box 29468
Phoenix  AZ  85038


Home Depot
PO Box 6028
The Lakes   NV  88901-6028


Merrick Bank
PO Box 9201
Old Bethpage  NY  11804


Radio Shack
PO Box 9025
Des Moines  IA  50368-9025


Swiss Colony Inc
1112 Seventh Avenue
Monroe  WI  53566
```

////////////////////Last page////////////////////